# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA BURTON,** | ) Case No. CV-09-5919 VRW |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **MIDLAND CREDIT MANAGEMENT,** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this __5th__ day of March, 2010.



_____
The Honorable Vaughn R Walker